**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Howard Schultz,

Plaintiff,

v.

Evert Software, Inc., et al.,

Defendants.

**CIVIL 01-547 (JRT/FLN)**

------------------

BH Evert, Inc.,

Plaintiff,

v.

Howard Schultz & Associates, et al.,

Defendants.

**CIVIL 01-870 (MJD/JGL)**

------------------

Evert Software, Inc.

Plaintiff,

v.

Extreme Recoveries, et al.,

Defendants.

**CIVIL 01-1027 (MJD/JGL)**

------------------

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

------------------

Case No. 01-547 having been assigned to Judge John R. Tunheim and Case Nos. 01-870 and 01-1027 having later been assigned to Judge Michael J. Davis and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-870 and 01-1027 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: July 18, 2001.

Judge John R. Tunheim
United States District Court

DATED: July 17, 2001.

Judge Michael J. Davis
United States District Court

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

July 20, 2001

Howard Schultz,
Plaintiff,
v.
Evert Software, Inc., et al
Defendants.

Civil 01-547JRT/FLN

BH Evert, Inc.
Plaintiff,
v.
Howard Schultz & Associates
Defendants.

Civil 01-870 MJD/JGL

Evert Software, Inc.
Plaintiff,
v.
Extreme Recoveries, et al.,
Defendants.

Civil 01-1027

Case No. 01-870 JRT/FLN
Case No. 01-1027 JRT/FLN

This case no. 01-807 and 01-1027 have been re-assigned to Judge John R. Tunheim and referred to Chief Magistrate Judge Franklin L. Noel. Please note new judge intials above and refer to those initials when filing pleadings with the District Court.