UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

| | | |
|---|---|---|
| Evert Software, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 01-1027 (JRT/FLN) |
| | ) | |
| v. | ) | |
| | ) | |
| Extreme Recoveries, LLC, and Anne Savitski, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO FILE ANSWER AND AMENDED COUNTERCLAIM**

This matter is before the court on the Parties stipulated motion for leave to amend defendants Extreme Recoveries, LLC, and Anne Savitski's ("Extreme Recoveries") Answer and Counterclaim.

Based upon a consideration of all the files, pleadings, and affidavits herein, and the stipulated memoranda of law,

IT IS HEREBY ORDERED THAT:

Leave for Extreme Recoveries to file an amended Answer and Counterclaim is granted under the following conditions:

1. Defendants shall file and serve their Answer and Amended Counterclaim within one week of the date of this order.
2. Defendants' Answer and Amended Counterclaim, upon filing and service thereof, shall be substituted for defendants' original Answer and Counterclaim, filed on July 2, 2001; and

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

3. Plaintiff's reply to defendants' original Answer and Counterclaim, served on or about July 26, 2001, shall stand as plaintiff's reply to the Answer and Amended Counterclaim. Plaintiff shall not be required to file a new reply.

SO ORDERED.

Date: Oct. 10, 2001

Franklin L. Noel
THE HONORABLE FRANKLIN L. NOEL
UNITED STATES DISTRICT COURT
CHIEF MAGISTRATE JUDGE

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500