UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. CV-01-1027 (JRT/FLN)

Evert Software, Inc.,

Plaintiff,

vs.

Extreme Recoveries, LLC, and
Anne Savitski,

Defendants.

---

**STIPULATED MOTION FOR AN ORDER GRANTING LEAVE TO FILE AN AMENDED COMPLAINT**

---

The parties in the above-captioned action, Plaintiff Evert Software, Inc. ("ESI") and Defendants Extreme Recoveries, LLC and Anne Savitski ("Extreme Recoveries"), by and through their attorneys, hereby jointly move the Court pursuant to Local Rule 15.1 for an order permitting Plaintiff to file an Amended Complaint, which is attached to Phan Declaration as Exhibit A and filed herewith.

Leave to amend the pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); see also Foman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend should be granted if so doing does not create undue delay, it was not done in bad faith on the part of the moving party, is not futile, or does not unfairly prejudice the opposing party. See Foman, 371 U.S. at 182; Sanders v. Clemco Indus., 823 F.2d 214, 216 (8th Cir. 1987).

The parties stipulate this standard has been satisfied. Accordingly, the parties request that the Court grant the stipulated motion to amend.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11/27/01

MOSS & BARNETT
A Professional Association

By [signature]
Thomas J. Shroyer, #100638
H. Le Phan, #274008
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

*Attorneys for Plaintiff*

Dated: 11/26/01

MERCHANT & GOULD

By [signature]
Douglas J. Williams, #117353
Matthew J. Goggin, #210705
Jeffrey C. Brown, #256948
3200 IDS Center
80 South Eighth Street
Minneapolis MN 55402-2215
Telephone: (612) 332-5300

*Attorneys for Defendants*

SO ORDERED:

[signature]