UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

Evert Software, Inc.,

Plaintiff,

v.

Extreme Recoveries, LLC, and
Anne Savitski,

Defendants.

COURT FILE NO. 01-1027 (JRT/FLN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

RECEIVED
SEP 6 - 2002
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Evert Software, Inc., Extreme Recoveries, LLC, and Anne Savitski, through their respective counsel, that Evert Software, Inc.'s complaints against Extreme Recoveries, LLC and Anne Savitski and Extreme Recoveries, LLC and Anne Savitski's counterclaim against Evert Software, Inc. may be dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that any party may forthwith and without notice to any other party apply to the Court for an order for dismissal in accordance herewith.

Dated: August 20, 2002.

MOSS & BARNETT
A Professional Association

By [signature]
Thomas J. Shroyer (#100638)
Thomas R. Sheran (#100213)
H. Le Phan (#274008)
Attorneys for Plaintiff and Counter Defendant
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

FILED SEP 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

521463/1

MERCHANT & GOULD, P.C.

Dated: ~~August~~ Sep 6, 2002.

By [signature]
Douglas J. Williams (#117353)
Matthew J. Goggin (#210705)
Jeffrey C. Brown (#256948)
Attorneys for Defendants and Counter Plaintiffs
3200 IDS Center
80th South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Evert Software, Inc.'s complaints against Extreme Recoveries, LLC and Anne Savitski and Extreme Recoveries, LLC and Anne Savitski's counterclaim against Evert Software, Inc. shall be and hereby are dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Sept 6 2002

BY THE COURT
[signature]
John R. Tunheim
Judge of United States District Court